U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** DAMERA ELSABET GIRMAY | **COURT CASE NUMBER** 0:25-cv-60661-WPD |
| **DEFENDANT** M/Y EALU, a 1995, 132' Northcoast, her engines, tackle, dinghies, and appurtenances etc. | **TYPE OF PROCESS** Warrant of Arrest |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  M/Y EALU, a 1995 model 132' Northcoast motor yacht
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  Universal Marine Center, 2700 SW 25th Terrace, Fort Lauderdale, FL 33312 (954) 791-0550

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Adria G. Notari
Notari Law, P.A.
1820 SW 14th Ct
Fort Lauderdale, FL 33312

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Substitute Custodian Contact is Mike Hatami (305) 360-4060

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (954) 257-9028
DATE: 4/21/25

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. A04 | District to Serve No. A04 | Signature of Authorized USMS Deputy or Clerk | Date 4.21.25 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 4-22-25  Time: 1815 ☑ pm

Signature of U.S. Marshal or Deputy
STEINSEG# 3580

| Service Fee $520- | Total Mileage Charges including *endeavors* 14.00 | Forwarding Fee 0 | Total Charges $534.00 | Advance Deposits 3500.00 | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

**REMARKS:** Vessel Arrested per Court order.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00