UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
"IN ADMIRALTY"

Damera Elsabet Girmay                         CASE NO: 25-CV-60661-WPD

     Plaintiff,

v.

M/Y EALU, a 1995 Model 132-foot
Northcoast motor yacht, MMSI NO 37609300,
her engines, tackle, dinghies, and appurtenances
*in rem* and EALU MI LLC,
as employer of DAMARA ELSABET GIRMAY
and owner of the M/Y EALU *in personam, et al*

     Defendants.

_____/

## VERIFIED STATEMENT OF INTEREST FOR CLAIMANT MORTGAGEE SEA DREAMS MARINE LDC

COMES NOW, SEA DREAMS MARINE LDC, by and through undersigned counsel and pursuant to Supplemental Admiralty Rule C(6)(a)(i)(A) and the Local Admiralty Rules, A(5), C(1), and (C)(6), and hereby files this Verified Statement of Interest and states as follows:

1.    SEA DREAMS MARINE LDC is a St Vincent and the Grenadines limited duration company with a registered office at Trust House 112 Bonadie Street Kingstown St Vincent and the Grenadines.

2.    SEA DREAMS MARINE LDC was the former owner of the defendant vessel "MY EALU" and sold it to the defendant EALU MI LLC.  As a condition of sale of the M/Y EALU, SEA DREAMS MARINE LDC took a $2,500,000 Preferred Ship's Mortgage as part of the sale and is a secured creditor.

3.     SEA DREAMS MARINE LDC duly recorded the mortgage with the Marshal Islands Registry and also filed a UCC-1 Statement with the Florida UCC Registry perfecting its maritime lien on the vessel. See Exhibit A UCC-1 Statement attached.

4.     EALU MI LLC affirmed the security interest, lien and mortgage by EALU MI LLC's manager Maurice James Byrne.  (See Exhibit A, page 3.)

5.     SEA DREAMS MARINE LDC hereby enters its appearance,  and alleges that it has a priority maritime lien against the vessel for a Preferred Ship's Mortgage and Security Agreement pursuant to 46 USC §31322 *et seq* in the amount of $2,500,000.00 USD, and hereby makes claim to said M/Y EALU *in rem* and further states that it was at the time of the filing of the Complaint herein and on the date of the arrest of the Defendant Vessel and as of this date, the true and *bona fide* Mortgagee of a Preferred Ship's Mortgage held on the M/Y EALU and holds a mortgage, note and security agreement with defendant owner EALU MI LLC. This statement and claim is made for the purposes of securing the claimant the rights and privileges of defending against the Complaint and if necessary, sharing in the distribution of funds for the sale of the vessel or any security filed with the Court. Further, the claimant, SEA DREAMS MARINE LDC, by the filing of this statement of interest and claim, waive any of their rights to file pleadings directed to EALU MI LLC or submit to the *in personam* jurisdiction of this Court.

6.     SEA DREAMS MARINE LDC as secured creditor, did not receive timely notice of the arrest from plaintiff even though its mortgage is recorded with the Flag State and it had a UCC-1 filed since December 2024. See DE 26 which failed to list potential or known claimants and lack of proof of mailing.

7.     SEA DREAMS MARINE LDC hereby makes a claim against the M/Y EALU in the amount of $2,500,000.00 plus any interest accrued.

8.      The M/Y EALU and EALU MI LLC are in breach of the Mortgage and loan agreement having allowed a lien and seizure of the vessel, apparently failing to secure the proper insurance for the vessel, and failing to post security or bond.

s/ Matthew J. Valcourt
Matthew J. Valcourt
Florida Bar No.: 0088791
VALCOURT & ASSOCIATES, LLC
850 N.E. Third Street, Suite 208
Dania, FL 33004
Phone: (305) 763-2891
Fax: (305) 470-7484
Email: mvalcourt@valcourtlaw.com
Attorneys for Claimant SEA DREAMS
MARINE LDC.

### VERIFICATION

The undersigned authority, Claude Walker, verifies and declares under the pains and penalties of perjury pursuant to Federal and Florida law that he has read the foregoing Verified Statement of Interest above and is familiar with its contents, which are true to the best of his knowledge, information, and belief.  The sources of his information and grounds for his belief are the company files and records, UCC-1 filings and his personal knowledge as Manager of SEA DREAMS MARINE LDC.

DocuSigned by:

Claude Walker as Manager of
SEA DREAMS MARINE LDC

Sworn to me on-line, this 31st Day of July, 2025 by Claude Walker, personally know to me.

DocuSigned by:
Matthew Valcourt

Florida Notary Matthew J Valcourt

Stamp



MATTHEW JOHN VALCOURT
Notary Public - State of Florida
Commission # HH 246781
My Comm. Expires Jul 24, 2026
Bonded through National Notary Assn.

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Matthew J. Valcourt*
Matthew J. Valcourt
