UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60661-CIV-DIMITROULEAS

DAMERA ELSABET GIRMAY,

    Plaintiff,

vs.

M/Y EALU
a 1995 model 132 foot Northcoast motor yacht,
MMSI No. 376093000, her engines, tackle, dinghies,
and appurtenances, in rem, and
EALU MI LLC, as employer of DAMERA ELSABET GIRMAY
and owner of the M/Y EALU, in personam,

    Defendants.
_____/

## AMENDED ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with Elisabeth M. Rock on February 24, 2026, at 9:00 a.m., via Zoom Videoconference. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court. Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was adjourned, or whether the mediator declared an impasse

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of January, 2026.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to: Counsel of record